RECEIVED

9/19/2022

Clerk, U.S. Courts
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**ROBERTO MERINO,**<br><br>**Defendant.** | **VIOLATIONS:**<br>**E1384390**<br>**E1384391**<br>**E1384392**<br>**Location Code: M13**<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the defendant shall pay a total fine amount of $360 ($250 fine and $30 processing fee for violation E1384391, and $50 fine and $30 processing fee for violation E1384392). The total fine amount will be paid in full on or before September 19, 2023. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

**IT IS FURTHER ORDERED** that violation E1384390 is **DISMISSED.**

**IT IS FURTHER ORDERED** that the initial appearance in the above captioned matter, currently scheduled for September 30, 2022, is **VACATED.**

DATED this 19th day of September, 2022.


John Johnston
United States Magistrate Judge